| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>BRANCART & BRANCART<br>Christopher Brancart, PO Box 686, Pescadero, CA 94060<br>Telephone: (650) 879-0141<br><br>LEGAL AID FOUNDATION OF LOS ANGELES<br>Fernando Gaytan, 1550 W. 8th Street, Los Angeles, CA 90017<br>Telephone: (213)640-3831<br><br>ATTORNEYS FOR: PLAINTIFFS | FILED<br><br>11 APR 22  AM 9: 01<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sabrina Smith, Amber Moorehead, and Kimberly Davis, <br><br>   Plaintiff(s), <br><br> v. <br><br>Balubhai G. Patel, individually and as trustee of Balubhai Patel Revocable Trust dated March 14, 2007, and Apolinar Arellano <br><br>   Defendant(s) | CASE NUMBER:<br><br>CV11 03437 DDP (CWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Sabrina Smith, Party-Plaintiff
Amber Moorehead, Party-Plaintiff
Kimberly David, Party-Plaintiff
Balubhai G. Patel, Party-Defendant
Apolinar Arellano, Party-Defendant
Balubhai Patel Revocable Trust, Party-Trust

4-19-2011
Date

Sign

PLAINTIFFS
Attorney of record for or party appearing in pro per

CV-30 (04/10)                         NOTICE OF INTERESTED PARTIES