Christopher Brancart (SBN: 128475)
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
Tel: 650-879-0140   Fax: 650-879-1103
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SMITH, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV11-3437 DDP (CWx) |
| PATEL, et al. | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons                    ☐ first amended complaint       ☐ third party complaint
   ☑ complaint                   ☐ second amended complaint      ☐ counter claim
   ☐ alias summons               ☐ third amended complaint       ☐ cross claim
   ☑ other: (*specify*): See Attached List

   **BY FAX**

2. **Person served:**
   a. ☑ Defendant (*name*): Apolinar Arellano
   b. ☑ Other (*specify name and title or relationship to the party/business named*):
      Sullivan Perez - Person In Charge of Office
   c. ☑ Address where papers were served:
      2731 Beverly Blvd, Los Angeles, CA 90057

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____.
   b. ☑ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☑ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **papers were served on** (*date*): May 4, 2011 _____ at (*time*): 12:45 PM _____.
      4. ☑ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** (*date*): May 5, 2011 _____.
      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

**BY FAX**

7. Person serving (name, address and telephone number):

   Sarah Thompson
   One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   415-491-0606

   a. ☑ Fee for service: $ 140.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

May 5, 2011
Date

Signature

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Christopher Brancart, 128475<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Lafayette | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

Smith, et al.

DEFENDANT:

Patel, et al.

| **DECLARATION OF DILIGENCE** | | | | CASE NUMBER:<br>CV11-03437-DDP(CWx) |
|---|---|---|---|---|

I received the within process on 4/26/2011 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

**BY FAX**

PARTY SERVED:  Apolinar Arellano

(1) BUSINESS: Lafayette Hotel 2731 Beverly Blvd., Los Angeles, CA 90057
(2) HOME: 4937 MALTA ST, Los Angeles, CA 90042

As enumerated below:

4/27/2011  8:05 PM   at address (2) above. Not found.  Subject not found. Occupant (H/M) stated subject moved.
4/30/2011  11:15 AM  at address (1) above. Not in..  Subject not in. Employee stated subject is not usually here and manages several properties
5/2/2011  1:05 PM   at address (1) above. Not in.. per front desk, servee not in today - could not tell me servee's schedule
5/4/2011  12:45 PM  at address (1) above. Not available. Subject not available. Sub-served person in charge Sullivan Perez.

Registered California process server.
County: LOS ANGELES
Registration No.: 6679
Sarah Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/5/2011 at Los Angeles, California.

Sarah Thompson

OL# 6745821

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Christopher Brancart, 128475<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Lafayette | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

Smith, et al.

DEFENDANT:

Patel, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>CV11-03437-DDP(CWx) |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 5/5/2011, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

BY FAX

Summons, Complaint, Notice of Assignment to United States Magistrate Judge for Discovery, Certification of Interested Parties, Notice to Counsel, Civility and Professionalism Guidelines, Clerk's Office Services for Attorneys and the General Public, Notice to Parties of ADR Program, ADR Program Questionnaire, Minute Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Apolinar Arellano
2731 Beverly Blvd.
Los Angeles, CA  90057

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 140.25

Fee for Service:

Mirian Flores
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/5/2011 at Los Angeles, California.

_____
Mirian Flores

OL# 6745821

ATTACHED LIST

SUMMONS;

COMPLAINT;

CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC;

NOTICE TO COUNSEL;

CIVILITY AND PROFESSIONALISM GUIDELINES;

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

NOTICE TO PARTIES OF ADR PROGRAM;

ADR PROGRAM QUESTIONNAIRE;

CIVIL MINUTES;

6745821