LEGAL AID FOUNDATION OF LOS ANGELES
Fernando Gaytan (SBN 224712)
fgaytan@lafla.org
Lane Nussbaum (SBN 264200)
lnussbaum@lafla.org
Christian Abasto (SBN 190603)
cabasto@lafla.org
1550 W. 8th St.
Los Angeles, CA 90017
Tel:   (213) 640-3831
Fax:   (213) 640-3850

BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (SBN 122092)
ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, AMBER MOOREHEAD, and KIMBERLY DAVIS<br><br>Plaintiffs,<br><br>vs.<br><br>BALUBHAI G. PATEL, individually and as trustee of Balubhai Patel Revocable Trust dated March 14, 2007, and APOLINAR ARELLANO;<br><br>Defendants. | Case No. CV 11-03437 DDP (CWx)<br><br>Rule 26 (f) Report<br><br>**Conference:**<br><br>Date:   August 11, 2011<br>Time:   3:00p.m.<br>Room:   Courtroom 3 |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, as modified by Local Rule 26-1, the parties hereby submit their Joint Rule 26 Report.

Counsel conferred on Monday, July 11, 2011.

1. Complex Case. The parties agree that this action should not be subject to the procedures of the Manual for Complex Litigation.

2. Motion Schedule. The parties anticipate filing motions under Rule 56 regarding certain issues in this action. A proposed motion schedule is set forth below under item 8.

3. Settlement. The parities request that this matter be referred to the assigned magistrate judge for purposes of a settlement conference. The parties have completed and filed with this report their ADR certificate.

4. Trial Estimate. Defendants have demanded trial by jury. The parties estimate a seven day trial.

5. Additional Parties. Plaintiffs anticipate amending their complaint adding additional defendants and plaintiffs. A deadline for amendment of the pleadings is set forth below under item 8.

6. Expert Witnesses. A proposed expert witness disclosure schedule is set forth below under item 8.

7. Discovery Plan. The parties anticipate exchanging written discovery and then scheduling depositions of each party and certain third-party witnesses. The parties anticipate propounding followup discovery after those depositions.

8. Litigation Schedule. The parties propose adoption of the following litigation schedule:

| No | Task | Deadline |
|---|---|---|
| 1 | Service of Initial Disclosures | August 25, 2011* |
| 2 | Motion cut-off to Amend Pleadings | September 16, 2011 |
| 3 | Disclosure of case in chief experts | December 2, 2011 |
| 4 | Disclosure of rebuttal experts | January 20, 2012 |
| 5 | Discovery Cutoff for all purposes | March 1, 2012 |

| No | Task | Deadline |
|---|---|---|
| 6 | Dispositive motion filing cutoff date | March 23, 2012 |
| 7 | Pre-trial Conference | May 7, 2012 |
| 8 | Trial | June 5, 2012 |

* Date set after scheduling conference at the request of counsel for Defendant Balubhai Patel due to party's unavailability at the time of the scheduling conference.

    9.    Other.

        a.    The parties agree that service may be completed by email or fax only pursuant to Rule 5(b)(2)(E), subject to the counting rule in Rule 6(d);

        b.    Electronic documents will be produced in their native format, unless that format is inaccessible or proprietary, in which case the file will be produced in pdf, excel or word;

        c.    The parties will produce a privilege log in connection with any documents withheld in discovery, except for opinion work product, and will supplement their logs seasonably as needed;

        d.    Documents produced in this action will be Bates stamped with source-identifying prefixes, and produced by email or CD-ROMs formatted in pdf;

        e.    The parties shall seasonably supplement their disclosures under Rule 26(e).

///
///
///

Case 2:11-cv-03437-DDP -CW   Document 12   Filed 07/22/11   Page 4 of 7   Page ID #:65

1       f.    The parties agree to consecutively number all deposition exhibits.

Dated: July 11, 2011.

Respectfully submitted,

LEGAL AID FOUNDATION OF LOS ANGELES

BRANCART & BRANCART

_____
Fernando Gaytan
fgaytan@lafla.org

Attorneys For Plaintiffs

LAW OFFICE OF MAURI L. REESE

_____
Mauri Reese
1reeselaw@gmail.com

Attorney for Defendant Apolinar Arellano

LAW OFFICES OF FRANK A. WEISER

_____
Frank Weiser
maimons@aol.com

Attorneys for Defendant Balubhai Patel and Balubhai Patel Revocable Trust

-4-

    f.    The parties agree to consecutively number all deposition exhibits.

Dated: July 11, 2011.

Respectfully submitted,

LEGAL AID FOUNDATION OF LOS ANGELES

BRANCART & BRANCART

_____
Fernando Gaytan
fgaytan@lafla.org

Attorneys For Plaintiffs

LAW OFFICE OF MAURI L. REESE

*/s/ Mauri Reese*
Mauri Reese
lreeselaw@gmail.com

Attorney for Defendant Apolinar Arellano

LAW OFFICES OF FRANK A. WEISER

_____
Frank Weiser
maimons@aol.com

Attorneys for Defendant Balubhai Patel and Balubhai Patel Revocable Trust

   f. The parties agree to consecutively number all deposition exhibits.

Dated: July 11, 2011.

Respectfully submitted,

LEGAL AID FOUNDATION OF LOS ANGELES

BRANCART & BRANCART

_____
Fernando Gaytan
fgaytan@lafla.org

Attorneys For Plaintiffs

LAW OFFICE OF MAURI L. REESE

_____
Mauri Reese
1reeselaw@gmail.com

Attorney for Defendant Apolinar Arellano

LAW OFFICES OF FRANK A. WEISER

/s/ Frank A. Weiser
_____
Frank Weiser
maimons@aol.com

Attorneys for Defendant Balubhai Patel and Balubhai Patel Revocable Trust

-4-

# CERTIFICATE OF SERVICE

Case Name:   Sabrina Smith, et al. v. Balubhai      No.   CV11-03437 DDP (CWx)
             G. Patel, et al.

I hereby certify that on <u>July 22, 2011</u>, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District by using the CM/ECF system:

**Rule 26(f) Report**

I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2011, at Los Angeles, California

Dated: July 22, 2011                     <u>   /S/ Angela Artiga                 </u>
                                         Angela Artiga
                                         Declarant