# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SABRINA SMITH, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11- 3437 DDP (CWx) |
| v. | |
| BALUBHAI G. PATEL ETC. | ADR PROGRAM QUESTIONNAIRE |
| DEFENDANT(S). | |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement int this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Plaintiffs anticipate the need to obtain responses to their first round of written discovery, to depose defendants, and to add additional defendants who may be liable for the operation of the subject property.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Plaintiffs seek compensatory, statutory, and punitive damages to be determined at trial. Ms. Smith, Ms. Moorehead, and Ms. Davis seek compensatory damages for emotional distress, including humiliation, mental anguish, and attendant bodily injury, violation of their civil rights, loss of dignity, loss of important housing opportunities, embarrassment, and invasion of their private right of occupancy.

ADR-9 (04/10)                    ADR PROGRAM QUESTIONNAIRE

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

Yes [ ]   No [X]   NO- the parties have requested to be referred to the assigned magistrate judge for purposes of a settlement conference

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[ ] Title VII                                   [ ] Age Discrimination

[ ] 42 U.S.C. section 1983                      [ ] California Fair Employment and Housing Act

[ ] Americans with Disabilities Act of 1990     [ ] Rehabilitation Act

[X] Other ___Federal Fair Housing Act, 42 U.S.C. 3601, et seq.___

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

7/12/11
Date

_[signature]_
Attorney for Plaintiff (Signature)

Fernando Gaytan
Attorney for Plaintiff (Please print full name)

_____
Date

_____
Attorney for Defendant (Signature)

_____
Attorney for Defendant (Please print full name)

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

    Yes [ ]  No [X]  NO- the parties have requested to be referred to the assigned magistrate judge for purposes of a settlement conference

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

- [ ] Title VII
- [ ] 42 U.S.C. section 1983
- [ ] Americans with Disabilities Act of 1990
- [ ] Age Discrimination
- [ ] California Fair Employment and Housing Act
- [ ] Rehabilitation Act
- [X] Other _____ Federal Fair Housing Act, 42 U.S.C. 3601, et seq.

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

7/18/11
Date

_[signature]_
Attorney for Plaintiff (Signature)

Fernando Gaytan
Attorney for Plaintiff (Please print full name)

7/19/11
Date

_[signature]_ John A. Weiss
Attorney for Defendant (Signature)

_____
Attorney for Defendant (Please print full name)

Case 2:11-cv-03437-DDP-CW   Document 3   Filed 04/22/11   Page 3 of 3   Page ID #:3

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

Yes ☐ No ☒   NO- the parties have requested to be referred to the assigned magistrate judge for purposes of a settlement conference

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal basis of plaintiff claim(s).

☐ Title VII
☐ 42 U.S.C. section 1983
☐ Americans with Disabilities Act of 1990
☒ Other _____ Federal Fair Housing Act, 42 U.S.C. 3601, et seq.

☐ Age Discrimination
☐ California Fair Employment and Housing Act
☐ Rehabilitation Act

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

7/12/11
Date

_____
Attorney for Plaintiff (Signature)

Fernando Gaytan
Attorney for Plaintiff (Please print full name)

7/20/11
Date

Mauri L. Reese
Attorney for Defendant (Signature)

MAURI L. REESE
Attorney for Defendant (Please print full name)

ADR-9 (04/10)                ADR PROGRAM QUESTIONNAIRE

# CERTIFICATE OF SERVICE

Case Name:  Sabrina Smith, et al. v. Balubhai G. Patel, et al.        No.   CV11-03437 DDP (CWx)

I hereby certify that on <u>July 22, 2011</u>, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District by using the CM/ECF system:

ADR Program Questionnaire

I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2011, at Los Angeles, California

Dated: July 22, 2011                     <u>   /S/ Angela Artiga   </u>
                                         Angela Artiga
                                         Declarant