```
 1  LEGAL AID FOUNDATION OF LOS
    ANGELES
 2    Fernando Gaytan (SBN 224712)
      fgaytan@lafla.org
 3    Lane Nussbaum (SBN 264200)
      lnussbaum@lafla.org
 4  1550 W. 8th St.
    Los Angeles, CA 90017
 5  Tel:  (213) 640-3831
    Fax:  (213) 640-3850
 6
    BRANCART & BRANCART
 7    Christopher Brancart (SBN 128475)
      cbrancart@brancart.com
 8    Elizabeth Brancart (SBN 122092)
      ebrancart@brancart.com
 9  Post Office Box 686
    Pescadero, CA 94060
10  Tel:  (650) 879-0141
    Fax:  (650) 879-1103
11
    Attorneys for Plaintiffs
12
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SABRINA SMITH, AMBER MOOREHEAD, and KIMBERLY DAVIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>BALUBHAI G. PATEL, individually and as trustee of Balubhai Patel Revocable Trust dated March 14, 2007, and APOLINAR ARELLANO;<br><br>        Defendants. | Case No. CV11-03437 DDP (CWx)<br><br>**JOINT APPLICATION AND STIPULATION RE AMENDING SCHEDULING ORDER**<br><br>Action Filed: April 22, 2011<br>Judge: Honorable Dean D. Pregerson |
|---|---|

Plaintiffs and defendants hereby apply for and stipulate to the issuance of an order amending the scheduling order (doc. 16) as well as prior orders setting the deadline by which the parties must disclose case-in-chief and rebuttal experts. The parties seek an amended scheduling order continuing all dates for a period of three

1

months to provide additional time for the completion of discovery and disclosure of expert witnesses in light of the unavailability of one of the parties and pending resolution of on going discovery disputes. The parties seek an amended scheduling order as follows: case-in-chief expert disclosure deadline is April 20, 2012; rebuttal expert disclosure deadline is May 17, 2012; discovery cut-off is June 1, 2012; last day to file motions is June 25, 2012; final pretrial conference is August 7, 2012; four day jury trial shall commence on September 4, 2012. A proposed order is lodged with this stipulation.

There is good cause to grant this request for the following reasons:

<u>First</u>, it is based on the stipulation of plaintiffs' counsel, counsel for defendants Balubhai Patel and the Balubhai Patel Revocable Trust dated March 14, 2007 as well as defendant appearing in pro per, Apolinar Arellano.

<u>Second</u>, the need for expert testimony will be informed by defendants' depositions. Defendants' depositions have been delayed because of ongoing discovery disputes concerning documents that plaintiffs seek from defendants. The parties seek to resolve the discovery disputes in the coming months. A motion to compel on one such discovery dispute is currently set for January 10, 2012.

<u>Third</u>, plaintiffs were recently informed that defendant Balubhai Patel is currently out of the country and unavailable for his deposition until mid-January, 2012 at the earliest.

///
///
///

<u>Fourth</u>, plaintiffs have filed a motion for leave to file first amended complaint. This matter is set for hearing before this Court on January 9, 2012. Defendants have indicated that they will not oppose said motion. The first amended complaint includes additional parties. A three month extension will allow sufficient time for any additional discovery that may be necessary and is therefore reasonable.

So stipulated.

Dated: December 29, 2011.

Respectfully submitted,

LEGAL AID FOUNDATION OF
LOS ANGELES

BRANCART & BRANCART

/s/ Fernando Gaytan
Fernando Gaytan
Attorney for Plaintiffs

LAW OFFICE OF FRANK A. WEISER

/s/ Frank A. Weiser
Frank A. Weiser
Attorney for Defendants

DEFENDANT IN PRO PER

Apolinar Arellano
Apolinar Arellano
Defendant