LEGAL AID FOUNDATION OF LOS ANGELES
  Fernando Gaytan (SBN 224712)
  fgaytan@lafla.org
  Lane Nussbaum (SBN 264200)
  lnussbaum@lafla.org
1550 W. 8th St.
Los Angeles, CA 90017
Tel:   (213) 640-3831
Fax:   (213) 640-3850

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABRINA SMITH, AMBER MOOREHEAD, and KIMBERLY DAVIS,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**BALUBHAI G. PATEL, individually and as trustee of Balubhai Patel Revocable Trust dated March 14, 2007, and APOLINAR ARELLANO;**<br><br>**Defendants.** | Case No. CV11-03437 DDP (CWx)<br><br>**[PROPOSED] AMENDED SCHEDULING ORDER**<br><br>Action Filed:  April 22, 2011<br>Judge: Honorable Dean D. Pregerson |

Based on the joint application and stipulation of plaintiffs and defendants, and good cause appearing therefor, IT IS HEREBY ORDERED that the scheduling order shall be as follows: Case in chief experts are to be disclosed by April 20, 2012; rebuttal experts are to be disclosed by May 17, 2012; discovery cut-off is

1

June 1, 2012; the last day to file motions is June 25, 2012; the final pretrial conference shall be held on August 7, 2012; the four day jury trial shall commence on September 4, 2012.

IT IS SO ORDERED.

Dated: December _____, 2011

---

Hon. Dean D. Pregerson
United States District Judge