Name and address
Frank A. Weiser (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, CA 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sabrina Smith, et al. | CASE NUMBER |
| Plaintiff(s) | CV11-03437 DDP(CWx) |
| v. | |
| Balubhai G. Patel, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Apolinar Arellano  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
   *Name of Party*

hereby request the Court approve the substitution of Frank A. Weiser
                                                     *New Attorney*
as attorney of record in place and stead of Apolinar Arellano, In Pro Per
                                             *Present Attorney*

Dated January 10, 2012

*Apolinar Arellano* (signature)
Signature of Party/Authorized Representative of Party

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

_____
Signature of Present Attorney

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated January 10, 2012

*Frank A. Weiser* (signature)
Signature of New Attorney

89780
State Bar Number

---

If party requesting to appear Pro Se:

Dated _____

_____
Signature of Requesting Party

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)      REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY