Name and address:
Frank A. Weiser (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, CA 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sabrina Smith, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV11-03437 DDP(CWx) |
| v. | |
| Balubhai G. Patel, et al, | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Apolinar Arellano__     ☐ Plaintiff  ☑ Defendant  ☐ Other _____
Name of Party

to substitute __Frank A. Weiser__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__3460 Wilshire Blvd., Ste. 1212__
Street Address

__Los Angeles, CA 90010__        __maimons@aol.com__
City, State, Zip                E-Mail Address

__(213) 384-6964__       __(213) 383-7368__       __89780__
Telephone Number         Fax Number              State Bar Number

as attorney of record in place and stead of __Apolionar Arellano - In Pro Per__
                                              Present Attorney

is hereby   ☐ **GRANTED**        ☐ **DENIED**

Dated _____    _____
                                U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.